# Fifth District Court of Appeal
## State of Florida
_____

Case No. 5D2023-1730
LT Case No. 05-2010-CF-023506-A
_____

Leaundrea Derrico Parker,

Appellant,

v.

State of Florida,

Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Deana K. Marshall, of the Law Office of Deana K. Marshall, Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas Squire, Assistant Attorney General, Daytona Beach, for Appellee.

May 21, 2024

Per Curiam.

AFFIRMED.

Soud, Boatwright, and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____